IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

[Elijah Kirkman Bey],

A Moorish American Individual,

Petitioner,

v.

AMERICAN AIRLINES, INC.,

Trustee/Corporate Agent,

Respondent.

Civil Action No. TBD

3-25CV2158-B

PETITION FOR REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT TO THE CONSTITUTION FOR THE UNITED STATES OF AMERICA

TABLE OF CONTENTS

I.   Introduction ............................................................................................................ 1

II.  Table of Authorities ............................................................................................... 2

III. Jurisdictional Section ............................................................................................ 3

IV.  Jurisdictional Challenge Section .......................................................................... 4

V.   Body and Historical Context ................................................................................ 5

VI.  Facts and Conclusions of Law ............................................................................. 6

VII. Statement of Claim ............................................................................................... 7

VIII. Conditional Finalization .................................................................. 8

IX. Certification / Verification / Validation ........................................... 9

TABLE OF AUTHORITIES

CASES:

1. Yick Wo v. Hopkins, 118 U.S. 356 (1886)
2. Burton v. Wilmington Parking Authority, 365 U.S. 715 (1961)
3. Marbury v. Madison, 5 U.S. 137 (1803)
4. West v. Atkins, 487 U.S. 42 (1988)
5. Hague v. CIO, 307 U.S. 496 (1939)
6. Bell v. Hood, 327 U.S. 678 (1946)
7. Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)
8. U.S. v. Guest, 383 U.S. 745 (1966)
9. Shuttlesworth v. Birmingham, 394 U.S. 147 (1969)
10. Heart of Atlanta Motel, Inc. v. United States, 379 U.S. 241 (1964)
11. Screws v. United States, 325 U.S. 91 (1945)
12. Smith v. Allwright, 321 U.S. 649 (1944)
13. Ex parte Young, 209 U.S. 123 (1908)
14. United States v. Cruikshank, 92 U.S. 542 (1876)
15. Cooper v. Aaron, 358 U.S. 1 (1958)

AMENDMENTS:

- First Amendment
- Fifth Amendment
- Ninth Amendment

STATUTES AT LARGE:

- Civil Rights Act of 1866 (14 Stat. 27)
- Public Law 77-503 (56 Stat. 753) "I Am An American Day"
- Judiciary Act of 1789, Sec. 25 (1 Stat. 73)

I. INTRODUCTION

1. Petitioner, a Moorish American individual endowed with full protection of the Constitution FOR the United States of America, brings forth this PETITION for REDRESS OF GRIEVANCES as secured under the FIRST AMENDMENT and other enshrined liberties.
2. This PETITION arises from a recent and recurring deprivation of rights committed by the CORPORATE AGENT AMERICAN AIRLINES, INC., while engaged in commerce with the Petitioner during routine travel activity within the jurisdiction of the United States.

3. Petitioner has experienced targeted exclusion, denial of public service accommodation, and administrative retaliation without due process or announcement, in direct violation of Petitioner's secured RIGHT to travel, contract, and receive equal access to public services.

## II. JURISDICTIONAL SECTION

3. This Court has original jurisdiction under Article III, Section 2 of the Constitution FOR the United States of America.
4. Federal question jurisdiction is invoked under the FIRST AMENDMENT, FIFTH AMENDMENT, and NINTH AMENDMENT, as well as the Civil Rights Act of 1866 (14 Stat. 27), for the deprivation of rights by a corporation under color of custom.
5. Venue is proper in the Northern District of Texas, Dallas Division, where the event occurred and the CORPORATE AGENT resides and operates.

## III. JURISDICTIONAL CHALLENGE SECTION

6. Petitioner does not consent to any jurisdiction beyond that granted by the Constitution FOR the United States of America and the Acts of Congress that follow it in lawful alignment.
7. Petitioner challenges the use of codes, statutes, or policies not enacted in pursuance of the Constitution or not published in the Statutes at Large.
8. No lawful jurisdiction exists to override Petitioner's inherent rights unless those rights are waived knowingly, voluntarily, and intentionally – none of which has occurred.

## IV. BODY AND HISTORICAL CONTEXT

9. American jurisprudence recognizes the right to petition for redress as foundational.
10. Under the Civil Rights Act of 1866, all persons born in the United States are citizens thereof and entitled to make and enforce contracts and enjoy the full and equal benefit of all laws and proceedings.
11. Petitioner asserts the ongoing erosion of these rights through corporate actors operating without accountability.

## V. FACTS AND CONCLUSIONS OF LAW

12. On or about [12/26/2023], Petitioner was present for boarding of FLIGHT CSDBCR, wherein the boarding process was altered to bypass lawful preboarding procedures.
13. Petitioner, upon inquiry, was denied access based on the false assertion that Petitioner was not on a list, despite no law requiring such a list for preboarding.
14. Previous incidents of similar nature have been recorded, evidencing retaliatory behavior from AMERICAN AIRLINES agents.
15. Such conduct constitutes constructive denial of service and administrative harassment in violation of Petitioner's civil rights.

## VI. STATEMENT OF CLAIM

16. Petitioner brings forth claims for:

    a. Violation of FIRST AMENDMENT RIGHT to redress grievances;

    b. Violation of FIFTH AMENDMENT procedural and substantive due process;

    c. Violation of CIVIL RIGHTS ACT OF 1866 for denial of contract equality;

    d. Retaliation and discrimination by a corporate public service provider.

```
           VII. CONDITIONAL FINALIZATION
```

17. Petitioner affirms the following:

- Rights are retained under the NINTH and TENTH AMENDMENTS;
- No rights waived nor privileges conferred;
- Notice to agent is notice to principal;
- No administrative rule, policy, or procedure may abridge constitutional guarantees.

```
       VIII. CERTIFICATION / VERIFICATION / VALIDATION
```

I, [Elijah Kirkman Bey], hereby swear under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of MY firsthand knowledge and belief.

So help me God on this day [July 31st, 2025], as is hereby so attested!

_[signature]_,

[Elijah Kirkman Bey]

All Rights Reserved – Without Prejudice UCC 1-308

*Envelope image — Certified Mail, addressed to:*

U.S. District Court
1100 Commerce St
Rm 1452
Dallas, TX 75242

Marked "X-RAY"

Certified Mail tracking: 7019 1640 0001 6504 6017

Return address barcode: 75242-131052

US Postage, First-Class Mail