UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELIJAH KIRKMAN BEY,**

   Plaintiff,

v.   No. 4:25-cv-00969-P

**AMERICAN AIRLINES INC.,**

   Defendant.

# FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day (ECF No. 9), this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **11th day of September 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE